JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L. STONE,<br><br>          Plaintiff,<br><br>     vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | Case No. 8:22-cv-00187-JVS (JDEx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [18]**<br><br>Judge:   Hon. James V. Selna |

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 8:22-cv-00187-JVS (JDEx), is dismissed in its entirety as to all defendants with prejudice;

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: September 06, 2022

_____
Hon. James V. Selna
United States District Court Judge

179470.1

1

Case No. 8:22-cv-00187-JVS (JDEx)
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE